IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. SCHILLER,

    Plaintiff,

v.                                                                               4:19cv195–WS/HTC

MADISON C.I. WARDEN
MR. COLLINS, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed June 26, 2019. The magistrate judge recommends that this action be dismissed without prejudice based on the plaintiff's failure to keep the court apprised of his mailing address. The plaintiff has filed no objections to the magistrate judge's report and recommendation and has otherwise failed to prosecute his case. Accordingly, it is ORDERED:

1. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to prosecute.

2. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   28th   day of     August    , 2019.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE